# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| GREG RUMBAUGH, Individually & on Behalf of All Others Similarly Situated, § § § *Plaintiff*, § § v. § § STATE FARM MUTUAL AUTOMOBILE § INSURANCE CO., § § *Defendant*. § | Case No. 2:19-cv-00075-JRG-RSP |

## ORDER

Before the Court is the Notice of Voluntary Dismissal ("Notice") by Plaintiff Greg Rumbaugh, Individually & on Behalf of All Others Similarly Situated ("Rumbaugh"). (Dkt. No. 25). The Notice states that Rumbaugh voluntarily dismissed his claims against Defendant State Farm Mutual Automobile Insurance Co. ("State Farm") without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). The Notice represents that State Farm does not oppose the dismissal.

After consideration, the Court **APPROVES** Rumbaugh's Notice. (Dkt. No. 25). It is therefore **ORDERED** that all claims against State Farm are hereby **DISMISSED WITHOUT PREJUDICE**. It is further **ORDERED** that each party shall bear its own costs, expenses, and attorneys' fees. The Clerk is directed to close this case as no active defendants remain.

**So ORDERED and SIGNED this 9th day of December, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE